**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAPOLEON DADACE, | Case No.: 3:26-cv-01715-BTM-SBC |
| Petitioner, | |
| v. | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| OTAY MESA DETENTION CENTER, | **[ECF NO. 1]** |
| Respondent. | |

//

//

//

26-cv-1715

Napoleon Dadace petitioned the Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on March 18, 2026. (ECF No. 1.) He claims that he was granted temporary protected status ("TPS") and is protected from removal under TPS. (*See id.* at 2, 6.) *See* 8 U.S.C. § 1254a. He requests that the Court order his release under his preexisting conditions or order a bond hearing. (*Id.* at 7.) The Respondent submitted a "Notice of Non-Opposition to Petitioner's requested relief in this matter." (ECF No. 5.) Because the Respondent does not contest the Petitioner's grant of TPS or his requested remedy, the Court orders the Petitioner's release.

The petition for a writ of habeas corpus is **GRANTED** on the petitioner's claim and the writ is **ISSUED**. The Respondent shall immediately release Dadace from custody on his preexisting conditions and status. The Respondent also shall return to Dadace his papers and seized personal property. The parties shall file a statement as to the satisfaction of the writ by April 6, 2026, at 5 p.m. The Court retains jurisdiction to enforce the writ.

**IT IS SO ORDERED.**

Dated: April 3, 2026

Honorable Barry Ted Moskowitz
United States District Judge

2

26-cv-1715