# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON DADACE,<br><br>    Petitioner,<br><br>v.<br><br><br>OTAY MESA DETENTION CENTER,<br><br>    Respondent. | Case No.:  3:26-cv-01715-BTM-SBC<br><br>**FINAL JUDGMENT** |

//

//

//

26-cv-1715

The Court **HEREBY ORDERS THAT:**

1.    The Court has jurisdiction to enter this judgment.  The Court has subject-matter jurisdiction over the petition under 28 U.S.C. § 2241.

2.    The petition for a writ of habeas corpus is GRANTED on the petitioner's claim.

3.    The writ of habeas corpus is ISSUED.  The Respondent shall immediately release Napoleon Dadace from custody on his preexisting conditions and status.

4.    The Respondent shall return to Dadace his papers and seized personal property.

5.    The parties shall file a statement as to the satisfaction of the writ by April 6, 2026, at 5 p.m.

6.    The Court retains jurisdiction to enforce the writ.

**IT IS SO ORDERED.**

Dated:  April 3, 2026

_____
Honorable Barry Ted Moskowitz
United States District Judge

2

26-cv-1715